PS 8
(pawp 1/2005)

# UNITED STATES DISTRICT COURT

for

Western District Of Pennsylvania

U.S.A. vs. Jawuan Dupree Lyons                                    Docket No.    0315 1:05CR00001-001

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct of defendant Jawuan Dupree Lyons, who was placed under pretrial release supervision by the Honorable Susan P. Baxter sitting in the COURT at Erie, PA, on the 12th day of January, 2005. On March 30, 2005, the Court modified bond conditions to include drug testing and anger management counseling.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(Please see attached letter to the Court)

PRAYING THAT THE COURT WILL ORDER THAT A WARRANT BE ISSUED FOR THE DEFENDANT'S ARREST, AND THAT A BOND REVOCATION HEARING BE HELD.

ORDER OF COURT

Considered and ordered this 25th day of August, 2005, and ordered filed and made a part of the records in the above case.

_____
Honorable Maurice B. Cohill, Jr.
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 24, 2005

_____
David A Jones
U.S. Pretrial Services/Probation Officer

_____
Elaine Johnston
Supervising U.S. Pretrial Services/Probation Officer

Place _____