MEMORANDUM OF NON-JURY TRIAL

# United States District Court
## For the Western District of Pennsylvania

UNITED STATES OF AMERICA

*Plaintiff*

vs.  No. CRIM 05-1  ERIE

JAWUAN DUPREE LYONS (1)

*Defendant*

**HEARING ON** SENTENCE

**Before Judge** MAURICE B. COHILL, JR.

Christian Trabold, AUSA     Thomas W. Patton, AFPD

*Appear for Plaintiff*     *Appear for Defendant*

Hearing begun  10:00  10-5-05      Hearing adjourned to

Hearing concluded C. A. V. 10:45 10-5-05    Stenographer  Mickey Powers

**WITNESSES:**

For Plaintiff     For Defendant

Argument + Evidence on Defendant's Objection to PSR ¶33 -
D.Wit#1) Robert J. Blakely, Chief Juvenile Probation Officer for Erie County,
Def Ex #A + B are admitted. Defendant's Objections are denied.
25/III; 70-80; 4-5 sr; 10,000-2,000,000 fine; $100 sa.
Defendant is sentenced to 70 months; 4 years supervised release; $100 special
assessment; fine waived.