UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 5-4604

USA

vs.

Lyons

Jawuan D. Lyons, Appellant

(Western District of Pennsylvania Criminal No. 05-cr-00001)

O R D E R

It appearing that Jawuan Dupree Lyons having satisfied the Court that he/she is financially unable to obtain representation by counsel, and does not wish to waive counsel, and because the interests of justice so require,

It is **O R D E R E D** that the Federal Public Defender Organization for the Western District of Pennsylvania is hereby appointed pursuant to Title 18 U.S.C. Sec. 3006A(a) to represent said Appellant in the above matter, said appointment to remain in effect until termination of this case or substitute attorney is appointed.

For the Court,

Marcia M. Waldron
Clerk

Date: October 18, 2005