IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Case No: 05-4604

UNITED STATES OF AMERICA

v.

JAWUAN DUPREE LYONS,

Appellant

_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
District Court No.: 05-CR-00001
District Judge: The Honorable Maurice B. Cohill, Jr.

_____

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
October 26, 2006

Before: SMITH, WEIS, and NYGAARD

_____

JUDGMENT

_____

This cause came on to be heard on the record from the United States District Court for the Western District of Pennsylvania and was submitted on October 26, 2006. On consideration thereof, it is now ORDERED and ADJUDGED that the judgment of the District Court entered on October 6, 2005, be and the same hereby is AFFIRMED. All of the above in accordance with the opinion of this Court.

ATTEST:

<u>/s/ Marcia M. Waldron</u>, Clerk

Dated:  October 30, 2006

**Certified as a true copy and issued in lieu**
**of a formal mandate on December 13, 2006**

**Teste: /s/ Marcia M. Waldron**

**Clerk, U.S. Court of Appeals for the Third Circuit.**