IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
UNITED STATES OF AMERICA      )
                              )
         v.                   ) Criminal No. 05-1 Erie
                              )
JAWUAN DUPREE LYONS           )
```

## ORDER APPOINTING
## FEDERAL PUBLIC DEFENDER

AND NOW, this **17**th day of March, 2008, pursuant to the
February 11, 2008, Administrative Order relating to the appointment
of counsel in crack amendment retroactivity cases, IT IS ORDERED
that the FEDERAL PUBLIC DEFENDER, 1111 Renaissance Centre, 1001
State Street, Erie, Pennsylvania 16501, telephone number (814) 455-
8089, is hereby appointed to represent the defendant in all matters
pertaining to this action.

PRIMARY COUNSEL:     Thomas W. Patton
                     Assistant Federal Public Defender
                     PA State ID #88653


                     _Maurice B. Cohill, Jr._
                     Maurice B. Cohill, Jr.
                     Senior United States District Judge