≈AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Western District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>Jawuan Dupree Lyons | )<br>)<br>) Case No: 1:05cr1 Erie<br>) USM No: 20259-068 |
| Date of Previous Judgment: 10/05/2005<br>(Use Date of Last Amended Judgment if Applicable) | ) Thomas W. Patton<br>) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of **70** months **is reduced to** **60 months**.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: **25**                          Amended Offense Level: **23**
Criminal History Category: **III**                     Criminal History Category: **III**
Previous Guideline Range: **70** to **87** months      Amended Guideline Range: **60** to **71** months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated **10/05/2005** shall remain in effect.
**IT IS SO ORDERED.**

Order Date: _June 4, 2008_                             _Maurice B. Cohill, Jr._
                                                                                Judge's signature

Effective Date: _June 4, 2008_
(if different from order date)                                          Printed name and title